Before STATE INDUSTRIAL BOARD, Respondent. ELIZABETH O'HAGAN, Claimant, Respondent, v. BROWN BROTHERS' COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ.

PAUL O'CONNOR, an Infant, by CHARLES W. O'CONNOR, His Guardian ad Litem, Respondent, v. KELLAM & SHAFER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

PATERSON YORK MOTOR COMPANY, Respondent, v. MOSES SHINDLER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. AGNES PRITCHARD, Claimant, Respondent, v. WALLACE B. HART and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and Hasbrouck, JJ.

FRANK J. PECK, Appellant, v. ELLA J. SANDS, Respondent.— Order reversed and verdict reinstated, with costs, on the authority of *Matter of Snyder* (190 N. Y. 66). Cochrane, P. J., Van Kirk, Hinman and Hasbrouck, JJ., concur; McCann, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY MILLER, Appellant.— Judgment of conviction affirmed. Cochrane, P. J., Van Kirk and Hinman, JJ., concur; Hasbrouck and McCann, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BUTLER, INC., Appellant, v. WALTER W. LAW, JR., and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., H. T. Kellogg, Hinman, Hasbrouck and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. ELIZABETH M. RUNG, Claimant, Respondent, v. THE CITY OF NEW YORK (BRONX PARKWAY COMMISSION), Appellant.— Title of proceeding corrected so as to describe the employer as the Bronx Parkway Commission, and as so corrected award unanimously affirmed on the authority of *Madura* v. *Bronx Parkway Commission* (206 App. Div. 598), decided herewith, without costs. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN RHIMPAUER, Claimant, Respondent, v. JOSEPHINE C. FERGER and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

GERTRUDE M. RHINES, Appellant, v. RECTOR R. RHINES, Respondent.— Order denying motion to vacate interlocutory judgment unanimously affirmed, without costs. Present — Cochrane, P. J., H. T. Kellogg, Hinman, Hasbrouck and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN JOSEPH SCHOBERL, Claimant, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.